Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

FILED ENTERED
LODGED __JF__ RECEIVED

DEC 2 8 2020
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

Garcia Lyles
Tanya Lyles
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

GM Financial
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. PWG20CV3761
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Mr. Garcia and Tanya Lyles
Street Address: 9915 Gable Ridge Terr. Apt B
City and County: Rockville, Montgomery
State and Zip Code: Maryland, 20850
Telephone Number: 301-651-5936 / 240-277-4214
E-mail Address: norisktolisten@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: GM Financial
- Job or Title (if known):
- Street Address: 801 Cherry Street #3500
- City and County: Fort Worth, Tarrant
- State and Zip Code: Texas 76102
- Telephone Number: 1800-284-2271
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FDCPA, FCRA, Truth & Lending Act

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Garcia Lyles, is a citizen of the State of *(name)* Maryland.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FDCPA, FCRA, Truth & Lending Act

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* Tanya Lyles, is a citizen of the State of *(name)* Maryland.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

106 Federally protected Consumer's rights violations under 15. U.S.C. Chapter 41 by GM Financial.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

We are requesting for immediate repayment/refund of all monies and monthly payments, refund of finance charges in connection with this transaction repayment of interest, to pay for failure to comply and rebutt affidavits,

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

b. If the defendant is a corporation

The defendant, *(name)* GM Financial , is incorporated under the laws of the State of *(name)* Texas , and has its principal place of business in the State of *(name)* Texas .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* GM Financial .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

GM Financial has violated 106 Federally Protected Consumer's Rights violations Under 15 U.S.C Chapter 41 (FDCPA, FCRA and Truth and Lending Act. GM Financial owe $682,687.36

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Please refer to the typed statement Page 1-6

B. What date and approximate time did the events giving rise to your claim(s) occur?

Dates of violations occurences 08/28/2014, 10/02/14, monthly statements 10/2014 to 12/2020, 9/10/2020, 11/6/2020, 11/13/2020, 11/17/2020, 11/19/2020, 11/21/2020, 11/24/2020, 12/10/2020, 12/23/2020. Times varied from 8am to 8pm.

**Statement of Claim**
**Question A**

On August 18, 2014 we, the petitioners (Garcia and Tanya Lyles), original creditor(s), natural person(s), or consumers entered into a consumer credit transaction with the defendant GM Financial for a 2014 vehicle, for personal, family and household purposes. During the credit sale application process at Fitzgerald Buick GMC Rockville, located at 5501 Nicholson Lane, Rockville, MD 20850, we were unaware that these written instruments (also known as documents) used (Credit Application, Retail Installment Sale Contract ("Contract")) for the vehicle (GMC Arcadia 2014) in the amount of $47,497.56 at an interest rate of 10.55% was for the purpose of collecting or attempting to collect a debt. Therefore, at the dealership we unknowingly entered a sale contract with a debt collector under false and misleading representations in pursuant to 15 U.S.C. 1692(e). The initial written instruments used in Exhibit A (1) and Exhibit B (1) does not disclose that the defendant was attempting to collect a debt and that any information obtained would be used for that purpose, and their failure to disclose in subsequent communications that the communication is from a debt collector was a violation in pursuant to 15 U.S.C. 1692e (11). Exhibits (A1-A9 and B1-B9) for both the credit applications (applicant and co-applicant) and retail installment sale contract were part of the initial written communication that does not indicate in the contract this is an attempt to collect a debt in pursuant to 15 USC 1692e (14) the use of any business, company, or organization name other than the true name of the debt collector's business, company, or organization. Due to our lack of knowledge about the FDCPA and FCRA, we completed the entire credit application including the joint credit application to check our open-end consumer credit plan in pursuant to 1602(j) before proceeding onto the next written instruments. Within minutes our open-end consumer credit plan was verified, we were provided a host of material documents to sign, directed by the finance manager who helped process the documents.

Page **1** of **6**

Without a doubt we trusted that the written instruments were produce in our best interests. The joint credit application in exhibits C1 through C11 was one of the forms given to obtain our credit reports to purchase the 2014 vehicle. Moreover, in pursuant to 15 U.S.C. 6802 at no time before signing the initial instrument(s) was we given the opportunity to opt-out from this financial institution disclosing our nonpublic personal information to a nonaffiliated third party. At no time before signing the initial written instrument(s) was we explained how the consumer can exercise that nondisclosure option. Nevertheless, we proceeded with the initial written instruments in which we discovered later, it meant us more harm than good. We went on to sign the retail installment sale contract believing that the consumer credit transaction was a valid contract under the Truth and Lending Act. With limited time to read the document thoroughly, we are certain that there was no wording within any of the initial written instruments that indicated this was a connection with the collection of any debt.

Therefore, the retail installment sale contact was not only misleading, but also a burden of proof of violations of the statue FDCPA, FCRA and Truth and Lending Act. As two unsophisticated consumers we had no idea that the core of this process was an attempt to collect a debt and clearly there were many more serious violations committed by GM Financial herein. After retrieving our credit reports information including employment records, they began to compile all the finance charges, interests and fees that reflected a $898.98 per month payment, beginning October 2, 2014. In the case of signing these written instruments and before leaving the building the retail installment sale contract had already been breached. In pursuant to 15 U.S.C. 1635 the right of rescission as to certain transaction. We never were informed that as the obligor(s) shall have the right to rescind the transaction until midnight of the third business day following the consummation of the transaction nor was, we provided recissions forms required under this section together with a statement containing the material disclosures. We are very certain that there are no recissions forms that bears our signatures since 2014 to present. Because we were never afforded this option. After picking the vehicle up from the car dealership, we recalled the

next morning that we wanted to return the 2014 vehicle. Because we were very leery about the financial transaction at the dealership and we were worried about the high payment installments. We were certainly unaware or blind to the fact that we could have exercise our rights to rescind in pursuant to 15 U.S.C. 1635(b) under subsection (a), we are not liable for any finance or other charge, and any security interest given by the obligor, including any such interest arising by operation of law, becomes void upon such a recission. From October 2014 to now we received monthly statements and struggled to pay multiple payments every month. It was incredibly stressful having to work overtime to make monthly payments. After receiving so many dreadful statements with the bright color red, account number that is visible through the envelop in the mail. (In which the contents of the envelope, had violated the FDCPA, which prohibits debt collectors from using any language and symbol on any envelope or in the contents of any communication effected by the mails or telegram that indicates that the debt collector is in the debt collection business or that the communication relates to the collection of a debt). On approximately three occasions we requested payment extensions because we were experiencing financial hardships. Whereas our payments were moved to a later date and it stopped us from worrying about GM Financial sending someone to take our vehicle. On each occasion we were granted a payment extension until April 2021. Since our lasted payment extension, we have made payments on time to GM Financial.

In the middle of September 2020, we received copies of our credit reports after being denied for a home mortgage to purchase a new house. Immediately, we discovered that GM Financial had reported some inaccurate late payments on our reports without our knowledge and legitimate clearance. Immediately, my husband and I began discussing the time frame we struggled to make payments, but could not recall the specific time period in which we requested for the payment extensions. Whereas I, Tanya Lyles formerly known as Tanya English called GM Financial approximately on or around November 5, 2020 in which I spoke to a representative by name of Litcy. Promptly, I inquired about the late payments listed on my credit report and requested for them to remove the negative remarks. In addition, I

respectfully asked who gave them the consent to report financial transactions to consumer report agencies that led to our damaged reputations and the denial of our home mortgage application? I demanded for an affidavit of truth from their immediate supervisor that included their signature and statement that I gave them the clearance to post negative information on any of my credit reports in which it would not benefit my interests. After so many calls placed to GM Financial to resolve this matter, I was informed that it was nothing they could do to help remove the negative remarks off our credit reports by a GM Financial Supervisor named Mariah. A week after the initial phone to GM Financial we received a copy of our retail installment sale contract and surprisingly a payment history of another consumer by the name of Thelma English (account #452656754). Immediately, I called GM Financial to informed them of their error of sending us Ms. Thelma English payment's history (CFPB complaint #201124-5720924) and to convey that they did not send me the requested affidavit. After receiving the copy of my retail installment sale contract, I took notice of all the embarrassing statements, the multiple violations and decided to stand up for our rights by not allowing GM Financial or a like institutions, organization, corporations, and debt collectors violated our rights under 15 U.S.C. Chapter 41. On 11/6/2020 my husband Garcia Lyles sent an affidavit of truth, 11 federally protected consumer rights violation under 15 U.S.C 1692 exhibits, an invoice for $11,000 via certified mail and on November 13, 2020 we filed our first complaint with CFPB 201113-5681237. On approximately November 21, 2020 Mr. Garica Lyles received a letter from another affiliated debt collector by the name of Francis Guzman from Americredit located at 801 Cherry Street, Floor 35, Fort Worth, TX 76102 via FedEx in which Francis Guzman name was only included on the FedEx returned address label. Whereas Francis Guzman name was not included in the letter sent from GM Financial that contained their logo, which appeared suspicious. On November 24, 2020, we sent a cease-and-desist letter demanding for Francis Guzman an unknown third-party to cease communication with us through any and all mediums. In pursuant to 15 U.S.C. 1692(d)(2) stop harassing us, because we did not give Francis Guzman from Americredit or alike

clearance to contact us and we filed the abusive practices with CFPB complaint # 201121-572-0460. On November 24, 2020 we sent the same letter to GM Financial which included a cease-and-desist, invoice for the amount of $556,687.36 payable by check for a breached of contract and 68 federally protected consumer rights violation under 15 U.S.C. 1692, including an affidavit of truth sent to GM Financial which contained fact affiant is aware and has proof in the attachment labeled as Exhibit LL that Gm Financial is in violation of 15 U.S.C. 1692(f)(8), labeled Exhibit MM that GM Financial is in violation of 15 U.S.C. 1692(e)(10), label as Exhibit OO that GM Financial is in violation of 15 U.S.C. 6802 and many more violations under 15 U.S.C. Chapter 41.  On November 24, 2020 we submitted a complaint to CFPB complaint #201124-5720924 for a breach of contract, violating both applicant and co-applicant consumer's right under 15 U.S.C. Chapter 41 (15 U.S.C. 1692(b)(5), 15 U.S.C. 1692(b)(2), 15 U.S.C. 1692(f)(8), 15 U.S.C. 1692(d)(2), 15 U.S.C 1692(e)(2), 15 U.S.C. 1692(e)(11), 15 U.S.C. 1692(e)(2), 15 U.S.C. 1692(g)(8), 15 U.S.C.1692(d)(2), 15 U.S.C 1692(e)(2), 15 U.S.C 1692(b)(2), 15 U.S.C. 1692 1692(b)(5), 15 U.S.C 1692(b)(2), 15 U.S.C 1692(f)(8),  15 U.S.C. 1692(e)(2), 15 U.S.C. 1692(e)(11), 15 U.S.C. 1692(f)(8),  15 U.S.C. 1692(b)(2), 15 U.S.C. 1692(d)(2), 15 U.S.C. 1692(e)(2), 15 U.S.C. 1692(b)(2), 15 U.S.C. 1692(d)(2), 15 U.S.C. 1692(b)(5), 15 U.S.C. 1692(b)(2), 15 U.S.C. 1692(f)(8), 15 U.S.C. 1692(d)(2) and the list of violations goes on).

On one of more occasions, we received responses via mail and on the CFPB website.  We received letters dated November 17, 2020 and December 10, 2020 from GM Financial addressed to my husband and I, as displayed in exhibits LL, C14 through C20. Please be advised that GM Financial has not rebutted none of our affidavit of truths sent to them. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH**. On December 23, 2020 we downloaded all the pertinent documents that GM Financial uploaded to the CFPB complaints website which included a copy of the retail installment sale contract (exhibits AA, BB, CC, DD, FF, GG, HH, II, JJ, KK, VV, WW, C12, and C13), credit application for applicant and co-applicant (exhibits A1, A2, A3, A4, A5, A6, A7, A8, A9, B1, B2, B3, B4, B5, B6, B7, B8, and B9) along with the joint credit application (exhibits

C1, C2, C3, C4, C5, C6, C7, C8, C9, C10, and C11), account payment history (exhibits C21 and C22) and letter. After reviewing the documents obtained from Garcia's CFPB account, we discovered another 38 federally protected consumer violations (exhibits A1, A2, A3, A4, A5, A6, A7, A8, A9, B1, B2, B3, B4, B5, B6, B7, B8, B9, C1, C2, C3, C4, C5, C6, C7, C8, C9, C10, C11, C12, C13, C14, C15, C16, C17, C18, C19, and C20) under 15 U.S.C. Chapter 41.  Without hesitate we sent them a new affidavit of truth including an additional 38 exhibits labeled as proof that GM Financial is in violation under 15 U.S.C. Chapter 41. Moreover, the more we review these documents it clearly shows how two unsophisticated consumer who were naïve, trusting and truly did not understand as the original creditors with an open-end consumer credit plan meant the vehicle was paid for in pursuant to 15 U.S.C 1602(j).  Furthermore, it is more confusing not to know who we truly entered this consumer credit transaction with Route One listed on the credit application exhibits (A1 through A9 B1 through B9), or TD Auto Finance LLC listed on the joint credit application (C1 through C11), or Fitzgerald Buick Inc listed as the "creditor-seller" on the retail installment sale contract and/or GM Financial listed on the monthly statements. With all the initial written instruments we could not tell which ones were authentic and/or not misleading and false representation of The Truth and Lending Act.  It was a difficult process trying to understand the written instruments in its entirely including the sums of all charges, finance charges, interest, service or carrying charge and loan fee. Again, this retail installment sale contract and other initial written instrument were breached before we left the dealership along with the statements, we received by mail has violated our consumer's privacy and rights under 15 U.S.C. Chapter 41.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

GM Financial violated 106 Federally Protected Consumer's Rights violations under 15 U.S.C. Chapter 41 (FDCPA, FCRA, Truth and Lending Act).

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Emotional distress, anxiety, mental anguish caused by damaged reputation, invasion of privacy, disclosure of private information without clearance or permission resulting in infromation injury. Defendant failing to correct inaccuracies in our credit reports caused emotional distress and humiliation. Account information being visible through envelope window caused humiliation, disclosing personal information third parties. Emotional distress for unlawful disclosure of legal protected information. Due to damaged reputation caused hardship to purchase a home. We are seeking monterary damages for inconvenience.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

We are requesting for immediate repayment/refund of all monies and monthly payments, refund of finance charges in connection with this transaction, repayment of interest, to pay for failure to comply and rebutt affidavit (s) in specific time frame (30 days) $647.26 per day until the full payment is paid in full $682,687.32. Compsentation for being injured by the disclsure of confidential information. Compsentation for emotional distress, lost of opportunity, inconvenience and the enjoyment of life due to injuries.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   12/27/2020

Signature of Plaintiff   *[signature]*
Printed Name of Plaintiff   Tanya Lyles

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/27/2020

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Garcia Lylus

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address